# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNA SPANTON,** | Case No.:  8:20-cv-02046-CJC-DFM |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **FCA US LLC,  a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**, | |
| Defendants. | |

Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Anna Spanton.

Defendant FCA US LLC shall pay the sum of $57,000.00 to Plaintiff as the total amount to be paid by FCA US on account of any liability claimed in this action, with the return of the subject vehicle (2018 Jeep Wrangler, VIN

-1-

1C4GJXAN0JW221823) by Plaintiff to FCA US, or its authorized representative with clear title, current registration and free of any liens or encumbrances.

     The foregoing sum shall be paid ninety (90) days from the date Plaintiff's Acceptance of FCA US's Rule 68 Offer of Judgment is executed and served by Plaintiff. During this period, no interest will accrue on this sum.

     In addition, Defendant FCA US LLC will pay Plaintiff and her attorneys Romano Stancroff PC a sum equal to the aggregate amount of costs and expenses, including attorney's fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794(d), to be determined by the court if the parties cannot agree.

IT IS SO ORDERED.

Dated:  February 11, 2021

                                  Hon. Cormac J. Carney
                                  United States District Court Judge

CC:  FISCAL